ACCEPTED
14-15-00010-cv
FOURTEENTH COURT OF APPEAL
HOUSTON, TEXAS
3/4/2015 11:58:00 AM
CHRISTOPHER PRIN
CLERK



# THE LEÓN
## LAW FIRM, P.C.

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS

3/4/2015 11:58:00 AM

CHRISTOPHER A. PRINE
Clerk

February 27, 2015

Chris Daniel
Harris County District Clerk
Civil/Family Post Trial
201 Caroline
Room 250
Houston, Texas 77002

RE: David Gomez v. Calvin Cooke; Cause No. 2014-00497 in the 61st Judicial District Court of Harris County, Texas; on appeal to the Fourteenth Court of Appeals, No. 14-15-00010-CV

Mr. Daniel:

Please find attached to the letter payment for the amount of $160.00 for the clerk's record sent to the Fourteenth Court of Appeals in the above styled case. This payment is made in full to transmit the record to the Fourteenth Court of Appeals. Do not hesitate to call should you have any questions or concerns.

Kind Regards,

Piero Garcia
Associate Attorney

**FILED**
Chris Daniel
District Clerk

FEB 27 2015

Time:_____
By_____
Harris County, Texas
Deputy

**THE LEON LAW FIRM P C**
ONE SUGAR CREEK CENTER BLVD., SUITE 980
SUGAR LAND, TX 77478

NEWFIRST NATIONAL BANK
El Campo / Edna / Houston / Needville
Rosenberg / Sugar Land / Victoria / Wharton

8839

88-479/1131
03

2/24/2015

PAY TO THE
ORDER OF          Chris Daniel, District Clerk                              $   **160.00

One Hundred Sixty and 00/100************************************************************************************************************ DOLLARS

Chris Daniel, District Clerk
PO Box 4651
Houston, Tx. 77210

MEMO     David Gomez

AUTHORIZED SIGNATURE



County Auditor's Form/9999A
Harris County, Texas (Rev 04/01)

**Official Receipt**

50 NO. 14384

# CHRIS DANIEL DISTRICT CLERK

Case: 201400497-7     Trans ID: 208119045     Court: 061

Action : ADDITIONAL FEES

Style     PLT: GOMEZ, DAVID
         DEF: COOKE, CALVIN

| | | Amount | | | | |
|---|---|---|---|---|---|---|
| Fee | Description | | Payment Check | 8839 | | $160.00 |
| 119 | TRANSCRIPT | $160.00 | Amount Tendered : | | | $160.00 |
| | | | Payment Amount: | | | $160.00 |
| | | | Amount Applied: | | | $160.00 |
| | | | Change Amount: | | | $0.00 |

Comment: appeals clerks record and paid

Received     LEON, CARLOS ALBERTO     00794157
Of          ONE SUGAR CREEK CNTR BLVD #980
            SUGAR LAND, TX 77478   361

ONE HUNDRED SIXTY   AND 00/100 ****************************Dollars

Payment Date: 2/27/2015          File Date: 1/7/2014

Assessed By: WASHINGTON, PHYLLIS
Validated: 2/27/2015     By :WOJCIK, MICHELLE A

**CUSTOMER COPY**